
Marian F. Harrison
US Bankruptcy Judge



Dated: 1/3/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

**In the Matter of:**                     }
                                          }
LUCIAN STANLEY HOWS                       }      Case No. 3:18-bk-06539
124 CARRIAGE WAY                          }      Chapter 7
WHITE BLUFF, TN  37187                    }      Judge HARRISON
    Debtor                }
SSN: xxx-xx-9875                          }
                                          }

## ORDER GRANTING MOTION TO AVOID LIEN OF MARINER FINANCE LLC

Description of Property Subject to Lien: **COUCH, TABLE, CHAIRS**

The lien of the creditor identified above with respect to the described property is declared void pursuant to 11 U.S.C. § 522(f). Either no timely opposition was filed pursuant to LBR 9013-1 or any objection raised was withdrawn or overruled by the court at the Scheduled Hearing.

IT IS ORDERED that the lien of the Affected Creditor relative to the property described above is VOID.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED
AT THE TOP OF THE FIRST PAGE

**APPROVED FOR ENTRY:**

*/s/ Mark Podis*_____
**MARK PODIS #012216**
**Attorney for Debtor**
1161 Murfreesboro Road; Ste 300
Nashville, TN  37217
Phone:  (615) 399-3800
Fax:  (615) 399-9794
Email: podisbankruptcy@aol.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.